```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| RUTH F. HIMES | : | E.D. Pa. Case No. |
| | : | 20-cv-665 |
| v. | : | |
| | : | |
| A. DUIE PYLE, INC., et al. | : | |

**O R D E R**

**AND NOW**, this **29th day of April, 2020**, upon consideration of the unopposed motion to remand (ECF No. 11), it is hereby **ORDERED** that the motion is **GRANTED** and the case is **REMANDED to Pennsylvania Court of Common Pleas of Philadelphia County.**

It is hereby further **ORDERED** that the case associated with the above captioned civil action number shall be marked as **CLOSED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**